THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> PAUL EMILE SHEDEGER and ) <br> ERICH KREPPENHOFER, ) <br> ) <br> Defendants. ) <br> _____ ) | CR05-403RSM <br><br> ORDER TO <br> CONTINUE TRIAL DATE |

## ORDER

The Court having reviewed the records and files herein and considered the parties' stipulation motion, makes the following findings and enters the following order:

1. Additional time is necessary for the government and defendants to fully explore information provided by defendants and complete negotiations or prepare for trial. The parties believe if granted additional time, a settlement may be reached with all or most of the defendants.

2. The ends of justice outweigh the best interest of the public and the defendants in a speedy trial. That failure to grant a continuance based upon the government's and defendants' need to resolve outstanding issues and the need to prepare the matter for trial would result in a miscarriage of justice.

3. Defendants must sign and file a written waiver of speedy trial which will be filed with the Court no later than January 10, 2006.

IT IS HEREBY ORDERED that the trial date for defendants Paul Shedeger and Erich Kreppenhofer is continued from January 17, 2006 to February 6, 2006.

IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section 3161(h), the period of time from the current trial date to the new trial date, for both defendants, is

Order to Continue Trial - 1
Shedeger, et al

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

excluded in the computation of time under the Speedy Trial Act as this is a reasonable period of delay.

DONE this _9_ day of January, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s Patricia C. Lally
PATRICIA C. LALLY
Assistant United States Attorney
WA Bar # 28910
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-2619
Fax: (206) 553-0755
E-mail: patricia.lally@usdoj.gov

Order to Continue Trial - 2
Shedeger, et al

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970